# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PEARL LEE JOHNSON** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 07-7613** |
| **ALLSTATE INSURANCE COMPANY** | * | **SECTION "L"(1)** |

## ORDER

Before the Court are several motions, filed by both Plaintiff and Defendant. The Court has reviewed the submitted memorandum and is now ready to rule.

On February 24, 2010, the Court took under submission Defendant's motion for summary judgment (Rec. Doc. No. 66) and motion to strike jury demand (Rec. Doc. No. 65). Prior to that date, but subsequent to Defendant's filing of the above motions, Plaintiff submitted a "motion to strike motion for summary judgment" (Rec. Doc. No. 76) and a "motion to strike motion to strike jury demand" (Rec. Doc. No. 77). Recognizing that the Plaintiff is *pro se*, the Court construes these motions as opposition to Defendant's above related motions.

IT IS ORDERED that Defendant's motion for summary judgment is DENIED (Rec. Doc.No. 66). The Court finds that issues of material fact remain as to whether the damage caused to Plaintiff's property during Hurricane Katrina was due to flood or wind and rain damage. While the Court recognizes that Plaintiff has a very high hurdle in proving that flood damage was not the sole cause of her property and contents loss, the source of the damage is a question of fact appropriate for trial. However, by the time of the pretrial conference, if it appears that the Plaintiff has provided no expert reports or witnesses to establish Plaintiff's case, the Court will entertain an oral motion to dismiss for failure to prosecute.

IT IS FURTHER ORDERED that Defendant's motion to strike jury demand is GRANTED

(Rec. Doc. No. 65). When Plaintiff filed her suit is state court, she failed to circle whether she requested a trial by jury. Louisiana Code of Civil Procedure Art. 1733 requires Plaintiff demand a trial by jury. Thus, this Court construes a failure to mark the form as a failure to elect a jury trial. Further, the Plaintiff made no effort to amend her pleading or request a jury trial upon removal. Accordingly, the trial set for April 5, 2010 shall proceed as scheduled as a BENCH TRIAL at 9:00 a.m.

IT IS FURTHER ORDERED that Plaintiff's Motion for Oral Argument is DENIED (Rec. Doc. No. 79) as Plaintiff does not assert which issue she would like oral argument on. Plaintiff "requests the opportunity to present oral argument in this case because the issues are complex and important to the proper administration of the Plaintiff's claim." However, the Court does not know what issue oral argument is requested for. The trial date in this case is quickly approaching and Plaintiff will have the opportunity to speak to the Court on any unresolved matters at the pretrial conference.

IT IS FURTHER ORDERED that Plaintiff's Motion for Leave to Amend Plaintiff's Deposition (Rec. Doc. No. 78) is DENIED. Plaintiff's deposition has not been entered into the Court record. If Plaintiff's deposition is entered into the record at trial, Plaintiff may object to portions of it being admitted at that time.

New Orleans, Louisiana, this 1st day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE

cc:
Pearl Lee Johnson
P.O. Box 20684
Jackson, MS 39289

2