| | |
|---|---|
| PEARL LEE JOHNSON | CIVIL ACTION |
| VERSUS | NO: 07-7613-EEF-SS |
| ALLSTATE INSURANCE COMPANY | |

## ORDER

The Court, after considering the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the plaintiff, Pearl Lee Johnson, has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that Ms. Johnson's motion to dismiss and other relief (Rec. doc. 29) is DENIED.

New Orleans, Louisiana, this 31 day of March, 2010.

UNITED STATES DISTRICT JUDGE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 MAR 31 PM 2:45
LORETTA G. WHYTE
CLERK

___ Fee ___
___ Process ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___