UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PEARL LEE JOHNSON** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO. 07-7613** |
| **ALLSTATE INSURANCE COMPANY** | * | **SECTION "L"(1)** |

### ORDER

Before the Court is a Motion for Recusal (Rec. Doc. No. 105) filed by Plaintiff Pearl Lee Johnson proceeding *pro se* and a Motion to Dismiss with Prejudice (Rec. Doc. No. 98) filed by Defendant Allstate Insurance Company. Plaintiff had previously filed a Motion for Recusal, which was denied on January 12, 2011. The present motion is, in effect, a motion for reconsideration. Plaintiff having failed to show grounds warranting the reconsideration of the Court's previous order,

**IT IS ORDERED** that the Motion for Recusal (Rec. Doc. No. 105) is hereby **DENIED**.

On June 3, 2010, Plaintiff accepted Defendant's settlement offer (Rec. Doc. No. 95), and accordingly, on June 14, 2010, the Court dismissed Plaintiff's action without prejudice to the right of Plaintiff to reopen the action if settlement is not consummated (Rec. Doc. No. 97). In support of its Motion to Dismiss, Defendant has shown that it has transmitted the settlement funds to Plaintiff's bankruptcy trustee. Defendant has thus fulfilled its end of the settlement agreement, and it is entitled to the repose that it seeks. Contrary to Plaintiff's assertion, there are no claims that remain outstanding in this litigation.

Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss with Prejudice (Rec. Doc. No.

98) is hereby **GRANTED** and this matter is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 1st day of February, 2011.

*Eldon E. Fallon*
_____
UNITED STATES DISTRICT JUDGE